IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANICE STUMP, | ) Civil Action No. 1:22-cv-1770 |
| Plaintiff, | ) MEHALCHICK, M.J. |
| v. | ) |
| HARRISBURG LIV BACON LLC, et al., | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 22nd day of March, 2023, upon consideration of the Parties' Joint Motion to Approve the Settlement, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE**, with each side to bear its or his own attorney's fees and costs.

*Karoline Mehalchick*
KAROLINE MEHALCHICK
United States Magistrate Judge